IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN MORGAN-MAPP, | : | |
| Administratrix of the Estate of | : | CIVIL ACTION |
| CASSANDRA MORGAN, Deceased, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. HILL CORRECTIONAL | : | |
| FACILITY, et al., | : | No. 07-2949 |
| Defendants. | : | |

**ORDER**

AND NOW, this **16th** day of **April, 2009**, upon consideration of Plaintiff's Appeal of the Clerk's Taxation of Costs Claimed by Defendant County of Delaware, the County of Delaware's response thereto and for the reasons discussed in this Court's April 16, 2009 Memorandum, it is hereby **ORDERED** that the Clerk's Taxation of Costs is **AFFIRMED in part** and **REVERSED in part** as follows:

1. Costs in the amount of $4,519.85 for deposition transcripts and $13.30 in copying costs are taxed against Plaintiff and in favor of the County of Delaware.

2. The remainder of the County of Delaware's requested costs are disallowed.

BY THE COURT:

_____
**Berle M. Schiller, J.**